**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND,
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
CHARITY FUND, THE NEW YORK CITY AND
VICINITY CARPENTERS LABOR-MANAGENENT
CORPORATION, AND THE DISTRICT COUNCIL
FOR NEW YORK CITY AND VICINITY, and
UNITED BROTHERHOOD OF CARPENTERS
AND JOINERS OF AMERICA,

                Plaintiffs,                11 **CIVIL** 6543 (PKC)

      -against-                **CORRECTED JUDGMENT**

SALVATORE MARSIGLIANO d/b/a TARGET
FLOORS,
                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 17, 2023, that judgment is further entered for the Plaintiffs in the amount of $138,881.15 consisting of the arbitration award of $85,203.16 and interest in the amount of $53,677.99 from the date of the Award to the date of this Corrected Judgment.

**Dated:**  New York, New York
        October 17, 2023                      **RUBY J. KRAJICK**

                                                            **Clerk of Court**
                                    **BY:**

                                                           **Deputy Clerk**